ARNOLD & PORTER LLP
MAURICE A. LEITER (State Bar No. 123732)
maury.leiter@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

ARNOLD & PORTER LLP
MICHAEL J. BAKER (State Bar No. 56492)
michael.baker@aporter.com
SHARON D. MAYO (State Bar No. 150469)
sharon.mayo@aporter.com
JEREMY M. MCLAUGHLIN (State Bar No. 258644)
jeremy.mclaughlin@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

*Attorneys for Defendant Bristol-Myers Squibb Company*

[Additional Counsel Listed At Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DIERCKS *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, MCKESSON CORPORATION, and DOES 1 to 100,<br><br>Defendants. | No. 14-0572 JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING TRANSFER TO THE PLAVIX® MDL**<br><br>Judge: Hon. Jon S. Tigar |

This Joint Stipulation is made by and between Plaintiffs in *Diercks et al. v. Bristol-Myers Squibb Co. et al.*, No. CV-14-0572 JST (N.D. Cal.), and Defendant Bristol-Myers Squibb Company ("BMS") (collectively "the Parties"), by and through the undersigned counsel of record, with reference to the following facts:

1. WHEREAS, on February 12, 2013, the Judicial Panel on Multidistrict Litigation ("JPML") established a multidistrict Plavix® litigation in the District of New Jersey, assigned to Judge Freda Wolfson;

2. WHEREAS, on February 4, 2014, Plaintiffs filed the *Diercks* action in the Superior Court of California, San Francisco County;

3. WHEREAS, on February 6, 2014, the *Diercks* action was removed to this Court by Defendant BMS;

4. WHEREAS, on February 12, 2014, Defendant BMS tagged this case for transfer to the Plavix® MDL and anticipates that the JPML will issue a conditional transfer order for this case soon; and

5. WHEREAS, the parties agree that the *Diercks* action should be stayed pending its anticipated transfer to the Plavix® MDL in the District of New Jersey.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the *Diercks* action should be stayed pending its anticipated transfer to the Plavix® MDL in the District of New Jersey.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 13, 2014 | Joshua C. Ezrin |
| 3 | | AUDET & PARTNERS, LLP |
| | | 221 Main Street, Suite 1460 |
| 4 | | San Francisco, CA 94105 |
| 5 | | |
| | | By:   */s/  Joshua C. Ezrin* |
| 6 | | Joshua C. Ezrin |
| 7 | | *Attorney for Plaintiffs* |

Dated: February 13, 2014    ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

By:   */s/ Jeremy M. McLaughlin*
       JEREMY M. McLAUGHLIN

*Attorney for Defendant*
*Bristol-Myers Squibb Company*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: February 14, 2014

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. AND [~~PROPOSED~~] ORDER TO STAY LITIGATION PENDING TRANSFER TO MDL   NO. 14-0572 JST
- 2 -